ACCEPTED
03-13-00599-CV
7462121
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/20/2015 4:17:13 PM
JEFFREY D. KYLE
CLERK

# BEIRNE, MAYNARD & PARSONS, L.L.P.

112 EAST PECAN STREET

SUITE 2750

**SAN ANTONIO, TEXAS 78205**

MATTHEW F. WYMER

(210) 582-0220

FAX (210) 582-0231

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/20/2015 4:17:13 PM
JEFFREY D. KYLE
Clerk

October 20, 2015

Court of Appeals
Third District of Texas
209 West 14th Street, Room 101
Austin, Texas 78701

      Re:    Court of Appeals No. 03-13-00599-CV; *Horse Hollow Generation Tie, LLC v. Whitworth-Kinsey #2, Ltd, Whitworth-Kinsey #3, Ltd. and David Olen Whitworth*; in the Court of Appeals for the Third District of Texas, Austin, Texas

Dear Clerk,

      The above referenced matter is set for oral argument on November 4, 2015 at 9:00 a.m. Please allow this letter to serve as notice that Matthew F. Wymer will be presenting the argument on behalf of Whitworth-Kinsey #3.

      Thank you for your attention to this matter. Should you have any questions or require additional information, please do not hesitate to contact me.

                Sincerely,

                BEIRNE, MAYNARD & PARSONS, L.L.P.

                */s/ Matthew F. Wymer*

MFW/vg

cc:    Jeffrey M. Tillotson
       Email jtillotson@lynnllp.com
       Christopher J. Schwegmann
       Email cschwegmann@lynnllp.com
       David S. Coale
       Email dcoale@1ynnllp.com
       Lynn Tillotson Pinker & Cox, LLP
       2100 Ross Avenue, Suite 2700
       Dallas, Texas 75201
       Telephone No. (214) 981-3800
       Telecopier No. (214) 981-3839
       Counsel for Appellant, Horse Hollow Generation Tie LLC
       *Via E-Service*

Laird Palmer
Email lplaw@tstar.net
Law Offices of Laird Palmer
341 Ft. McKavitt
P. O. Box 860
Mason, Texas 76856
Telephone No. (325) 347-6350
Telecopier No. (325) 347-6334
Co-Counsel for Appellees, Whitworth-Kinsey #2, Ltd. and David Olen Whitworth
*Via E-Service*